NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1118

VENTURE INDUSTRIES CORPORATION, VEMCO, INC.,
PATENT HOLDING COMPANY, and LARRY J. WINGET,

Plaintiffs-Appellees,

v.

AUTOLIV ASP, INC. (successor to Morton International, Inc.),

Defendant-Appellant.

John E. Anding, Drew, Cooper & Anding, of Grand Rapids, Michigan, argued for plaintiffs-appellees.  With him on the brief was Thomas V. Hubbard.

Peter E. Greene, Skadden, Arps, Slate, Meagher & Flom LLP, of New York, New York, argued for defendant-appellant.  With him on the brief was Cyrus Amir-Mokri.

Appealed from:  United States District Court for the Eastern District of Michigan

Senior Judge Avern Cohn

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1118

VENTURE INDUSTRIES CORPORATION, VEMCO, INC.,
PATENT HOLDING COMPANY, and LARRY J. WINGET,

Plaintiffs-Appellees,

v.

AUTOLIV ASP, INC. (successor to Morton International, Inc.),

Defendant-Appellant.

## Judgment

ON APPEAL from the     United States District Court for
                                   the Eastern District of Michigan

in CASE NO(S).          2:99-CV-75354

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LINN, and PROST, <u>Circuit Judges</u>, CLEVENGER, <u>Senior Circuit Judge</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>July 11, 2007</u>                  <u>/s/  Jan Horbaly</u>
                                           Jan Horbaly, Clerk